The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KEITH P. SHAY,<br><br>　　Defendant/Judgment Debtor,<br><br>　and<br><br>EZ AUTO TITLE & LICENSING,<br><br>　　　　　　Garnishee. | NO.  3:19-mc-05039- BHS<br><br>(CR96-5225-FDB)<br><br>**Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that EZ Auto Title & Licensing is relieved of further responsibility pursuant to this garnishment.

//

ORDER TERMINATING GARNISHMENT PROCEEDING  (*USA v Keith P. Shay. and EZ Auto Title & Licensing U*SDC#: 3:19-MC-05039-BHS/3:96-CR-5225-FDB) 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 19th day of November, 2021.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER TERMINATING GARNISHMENT PROCEEDING  (*USA v Keith P. Shay. and EZ Auto Title & Licensing U*SDC#: 3:19-MC-05039-BHS/3:96-CR-5225-FDB) 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970